Form G-2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

IN RE: )
Sameer Saba, ) Case No. 21-00038
)
) Chapter 13 ▼
)
)
Debtor(s) )

**Certification of Relatedness**

The undersigned attorney certifies that:

1. __1__ cases are being filed under Chapter 13 ▼ that are related to each other, related to case(s) now pending, or both.

2. The cases are related because:

    [✔] the debtors are husband and wife; or
    [ ] the debtor was a debtor in a previous case under Chapter 11; or
    [ ] the cases involve persons or entities that are affiliates as defined in §101(2) of the Bankruptcy Code.

3. List of related bankruptcy case number(s) and case name(s):
    Mariana Saba 21-00035, Chapter 7, N.D. of IL., Eastern Division
    _____
    _____
    _____
    _____
    _____
    _____

Date of certification: 03/30/21_____  Attorney's Signature: /s/Thomas R. Hitchcock

**This form must be filed in each related Bankruptcy Case**

Revised: 05/26/2017_lam